```
 1  ROBERT J. PARKS (CA Bar No. 103014)
    robert.parks@bipc.com
 2  ROBERT K. EDMUNDS (CA Bar No. 89477)
    robert.edmunds@bipc.com
 3  RACHEL E. WATERS
    rachel.waters@bipc.com
 4  BUCHANAN INGERSOLL & ROONEY LLP
    One America Plaza
 5  600 West Broadway, Suite 1100
    San Diego, CA  92101
 6  Telephone:    619 239 8700
    Fax:          619 702 3898
 7
    Attorneys for Defendant,
 8  CUMBERLAND PACKING CORP. and JEM PARTNERS, LLC
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>KSL MEDIA, INC., *et al.*<br><br>Debtors.<br><br>vs.<br><br>☐ Affects KSL Media, Inc.<br>☐ Affects T.V. 10's, LLC<br>☐ Affects Fulcrum 5, Inc.<br>☒ Affects All Debtors. | Case No. 1:13-bk-15929-AA<br><br>[Jointly Administered with Case Nos." 1:13-bk-15930-AA and 1:13-bk-15931-AA]<br><br>Chapter 7 |
| DAVID K. GOTTLIEB, as Chapter 7 Trustee for KSL Media, Inc.,; DAVID K. GOTTLIEB, as Chapter 7 Trustee for T.V. 10's, LLC; and DAVID K. GOTTLIEB, as Chapter 7 Trustee for Fulcrum 5, Inc.,<br><br>Plaintiffs,<br><br>vs.<br><br>CUMBERLAND PACKING CORP., a New York corporation; JEM PARTNERS, LLC, a New York limited liability company,<br><br>Defendants. | Adv. No. 1:14-ap-01059-AA<br><br>**NOTICE OF WITHDRAWAL OF DEFENDANT CUMBERLAND PACKING CORP.'S AND DEFENDANT JEM PARTNERS, LLC'S MOTION FOR MORE DEFINITE STATEMENT (Dkt No. 6) AND AMENDED MOTION FOR MORE DEFINITE STATEMENT (Dkt. No. 10)**<br><br>Hearing Date: July 2, 2014<br>Time: 11:00 a.m.<br>Judge: Hon. Alan Ahart<br>Location:  San Fernando Valley<br>            21041 Burbank Boulevard<br>            Woodland Hills, CA 91367<br>Courtroom: 303 |

NOTICE OF WITHDRAWAL

Adv. No. 1:14-ap-01059-AA

Defendants Cumberland Packing Corp. and JEM Partners, LLC (collectively, the "Defendants"), by and through their counsel, now withdraw their Notice of Motion and Motion for More Definite Statement Pursuant to Federal Rule of Civil Procedure 12(e) and Amended Notice of Motion and Motion for More Definite Statement Pursuant to Federal Rule of Civil Procedure 12(e) filed as Docket Nos. 6 and 10 respectively (the "Motion"), and dated April 28, 2014.  Pursuant to Local Bankruptcy Rule 9013-1(k) Defendants have provided telephonic notice of the withdrawal of the Motion to opposing counsel and to Judge Alan Ahart's courtroom deputy. Defendants respectfully request that the hearing on the Motion currently set for July 2, 2014 at 11:00 a.m. be taken off of the Court's calendar.

DATED: June 27, 2014

BUCHANAN INGERSOLL & ROONEY LLP

By: _____
ROBERT J. PARKS
ROBERT K. EDMUNDS
RACHEL E. WATERS
Attorneys for Defendant,
CUMBERLAND PACKING CORP. and JEM PARTNERS, LLC

- 2 -

NOTICE OF WITHDRAWAL

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
600 W. Broadway, Suite 1100, San Diego, CA 92101

A true and correct copy of the foregoing document entitled (*specify*): **1) NOTICE OF WITHDRAWAL OF DEFENDANT CUMBERLAND PACKING CORP.'S AND DEFENDANT JEM PARTNERS, LLC'S MOTION FOR MORE DEFINITE STATEMENT (DKT NO. 6) AND AMENDED MOTION FOR MORE DEFINITE STATEMENT (DKT. NO. 10)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 27, 2014**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Steven J. Kahn, skahn@pszyjw.com
David Gottlieb (TR), dkgtrustee@crowehorwath.com
United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 27, 2014**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Judge Alan M. Ahart, United States Bankruptcy Court, 20141 Burbank Boulevard, Suite 342, Rm. 303, Woodland Hills, CA 91367 **(via overnight mail)**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/27/14 | ROBIN ROBBINS | /s/ Robin Robbins |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                              F 9013-3.1.PROOF.SERVICE