| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Richard M. Pachulski (CA Bar No. 90073)<br>Jeffrey W. Dulberg [CA Bar No. 181200]<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 277-6910<br>Facsimile: (310) 201-0760<br>Email: rpachulski@pszjlaw.com<br>          jdulberg@pszjlaw.com<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: Chapter 7 Trustee, David K. Gottlieb | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO DIVISION**

| In re:<br><br>KSL MEDIA, INC., et al,<br><br>                              Debtor(s) | CASE NO.: 1:13-bk-15929-AA<br>CHAPTER: 7<br><br>Adversary No. 1:14-ap-01059 |
|---|---|
| DAVID K. GOTTLIEB, as Chapter 7 Trustee for KSL Media, Inc.; DAVID K. GOTTLIEB, as Chapter 7 Trustee for T.V. 10's, LLC; and DAVID K. GOTTLIEB, as Chapter 7 Trustee for Fulcrum 5, Inc.<br><br>                              Plaintiffs,<br><br>v.<br><br>CUMBERLAND PACKING CORP., a New York corporation; JEM PARTNERS, LLC, a New York limited liability company,<br><br>                              Defendants. | **NOTICE OF LODGMENT OF ORDER IN ADVERSARY PROCEEDING RE:** (*title of motions[1]*):<br><br>***COMPLAINT TO: (A) AVOID FRAUDULENT OBLIGATIONS AND TRANSFERS; (B) AVOID PREFERENTIAL TRANSFERS; AND (C) RECOVER AVOIDED TRANSFERS, OR THE VALUE THEREOF*** |

PLEASE TAKE NOTE that the order titled **Scheduling Order** was lodged on (*date*) **July 8, 2014** and is attached as Exhibit A. This order relates to the Complaint which is docket number 1.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                Page 1                    **F 9021-1.2.BK.NOTICE.LODGMENT**
DOCS_LA:279452.1 47516/003

# EXHIBIT A

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012　　　　　　　　　　　　　　　Page 2　　　　　　　　　F 9021-1.2.BK.NOTICE.LODGMENT
DOCS_LA:279452.1 47516/003

Richard M. Pachulski (CA Bar No. 90073)
Jeremy V. Richards (CA Bar No. 102400)
Jeffrey W. Dulberg (CA Bar No. 181200)
Steven J. Kahn (CA Bar No. 76933)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: rpachulski@pszjlaw.com; jrichards@pszjlaw.com;
jdulberg@pszjlaw.com

Attorneys for David K. Gottlieb,
Chapter 7 Trustee for: KSL Media, Inc.; T.V. 10's, LLC; and
Fulcrum 5, Inc.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>KSL MEDIA, INC., *et al.*,<br><br>Debtors.<br><br>☐ Affects KSL Media, Inc.<br>☐ Affects T.V. 10's, LLC<br>☐ Affects Fulcrum 5, Inc.<br>☒ Affects All Debtors. | Case No.: 1:13-bk-15929-AA<br><br>[Jointly Administered with Case Nos.: 1:13-bk-15930-AA and 1:13-bk-15931-AA]<br>Chapter 7 |
| DAVID K. GOTTLIEB, as Chapter 7 Trustee for KSL Media, Inc.; DAVID K. GOTTLIEB, as Chapter 7 Trustee for T.V. 10's, LLC; and DAVID K. GOTTLIEB, as Chapter 7 Trustee for Fulcrum 5, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>CUMBERLAND PACKING CORP., a New York corporation; JEM PARTNERS, LLC, a New York limited liability company,<br><br>Defendants. | Adv. No. 1:14-ap-01059<br><br>**SCHEDULING ORDER** |

DOCS_LA:279432.1 47516/003

1

On July 2, 2014, the Court conducted a Status Conference in the above-encaptioned adversary proceeding. Plaintiff appeared by and through Steven J. Kahn of Pachulski Stang Ziehl & Jones LLP and Defendants appeared by and through Robert J. Parks of Buchanan Ingersoll & Rooney LLP.

Having read and considered the Joint Status Report filed by the parties and the representations of counsel at the Status Conference,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The parties shall make their initial disclosures pursuant to FRCP Rule 26(a)(1) on or before July 23, 2014.

2. Fact discovery shall be completed by December 19, 2014.

3. The parties shall provide expert disclosures and reports for any issue on which they bear the burden of proof on or before January 12, 2015. Any party's expert report intended to rebut any other expert report shall be provided by February 2, 2015. All expert discovery shall be completed, and discovery shall close, on February 27, 2015.

4. A further Status Conference shall be held by the Court, at which time referral to mediation shall be considered, on October 8, 2014 at 10:30 a.m.

5. The last day to join other parties and to amend pleadings is February 27, 2015.

6. The last day to hear pre-trial motions shall be April 22, 2015 at 10:30 a.m.

7. The last day to file a joint pre-trial stipulation is April 15, 2015.

###

Dated: _____

The Honorable Alan M. Ahart
United State Bankruptcy Judge

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **July 8, 2014**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (date) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) **July 8, 2014**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**By FedEx**
Honorable Alan M. Ahart
United States Bankruptcy Court
San Fernando Valley Division
21041 Burbank Blvd., Suite 342
Woodland Hills, CA  91367-6606

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 8, 2014 | Sherry Ploussard | /s/ Sherry Ploussard |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                          Page 3                        **F 9021-1.2.BK.NOTICE.LODGMENT**
DOCS_LA:279452.1 47516/003

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Robert K Edmunds    robert.edmunds@bipc.com, lisa.largent@bipc.com
- David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@ecf.epiqsystems.com,rjohnson@dkgallc.com,akuras@dkgallc.com
- Steven J Kahn    skahn@pszyjw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 4    F 9021-1.2.BK.NOTICE.LODGMENT
DOCS_LA:279452.1 47516/003