1  Richard M. Pachulski (CA Bar No. 90073)
   Jeremy V. Richards (CA Bar No. 102400)
2  Jeffrey W. Dulberg (CA Bar No. 181200)
   Steven J. Kahn (CA Bar No. 76933)
3  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 13th Floor
4  Los Angeles, California  90067
   Telephone: 310/277-6910
5  Facsimile: 310/201-0760
   Email:  rpachulski@pszjlaw.com; jrichards@pszjlaw.com;
6  jdulberg@pszjlaw.com

7  Attorneys for David K. Gottlieb,
   Chapter 7 Trustee for: KSL Media, Inc.; T.V. 10's, LLC; and
8  Fulcrum 5, Inc.



**FILED & ENTERED**

**JUL 16 2014**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Ogier    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>KSL MEDIA, INC., *et al.,*<br><br>Debtors.<br><br>☐ Affects KSL Media, Inc.<br>☐ Affects T.V. 10's, LLC<br>☐ Affects Fulcrum 5, Inc.<br>☒ Affects All Debtors. | Case No.: 1:13-bk-15929-AA<br><br>[Jointly Administered with Case Nos.:<br>1:13-bk-15930-AA and 1:13-bk-15931-AA]<br>Chapter 7 |
| DAVID K. GOTTLIEB, as Chapter 7 Trustee for KSL Media, Inc.; DAVID K. GOTTLIEB, as Chapter 7 Trustee for T.V. 10's, LLC; and DAVID K. GOTTLIEB, as Chapter 7 Trustee for Fulcrum 5, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>CUMBERLAND PACKING CORP., a New York corporation; JEM PARTNERS, LLC, a New York limited liability company,<br><br>Defendants. | Adv. No. 1:14-ap-01059<br><br>**SCHEDULING ORDER** |

DOCS_LA:279432.1 47516/003

1

On July 2, 2014, the Court conducted a Status Conference in the above-encaptioned adversary proceeding. Plaintiff appeared by and through Steven J. Kahn of Pachulski Stang Ziehl & Jones LLP and Defendants appeared by and through Robert J. Parks of Buchanan Ingersoll & Rooney LLP.

Having read and considered the Joint Status Report filed by the parties and the representations of counsel at the Status Conference,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The parties shall make their initial disclosures pursuant to FRCP Rule 26(a)(1) on or before July 23, 2014.

2. Fact discovery shall be completed by December 19, 2014.

3. The parties shall provide expert disclosures and reports for any issue on which they bear the burden of proof on or before January 12, 2015. Any party's expert report intended to rebut any other expert report shall be provided by February 2, 2015. All expert discovery shall be completed, and discovery shall close, on February 27, 2015.

4. A further Status Conference shall be held by the Court, at which time referral to mediation shall be considered, on October 8, 2014 at 10:30 a.m.

5. The last day to join other parties and to amend pleadings is February 27, 2015.

6. The last day to hear pre-trial motions shall be April 22, 2015 at 10:30 a.m.

7. The last day to file a joint pre-trial stipulation is April 15, 2015.

###

Date: July 16, 2014

Alan M. Ahart
United States Bankruptcy Judge

DOCS_LA:279432.1 47516/003

2